UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Scott Shawn Kosterow

    v.                                      Civil No. 17-cv-357-JL

Hillsborough County Department
of Corrections et al.[1]

**REPORT AND RECOMMENDATION**

Before the court is plaintiff Scott Shawn Kosterow's self-styled "Motion to Quell Plaintiff's Request for Preliminary Injunctive Relief" (Doc. No. 30).  The underlying request for a preliminary injunction, set forth in Document No. 8, has been referred to the magistrate judge for a report and recommendation.  See Nov. 28, 2017 Order.

The request for a preliminary injunction relates to Kosterow's claims regarding the conditions of his pretrial detention and medical care at the Hillsborough County Department of Corrections.  In his "Motion to Quell" (Doc. No. 30), plaintiff seeks to withdraw the request for a preliminary injunction, as he was transferred to the custody of the New

---

[1]The court has construed the initial pleadings in this action as intending to state claims against Hillsborough County and the following Hillsborough County Department of Corrections ("HCDOC") personnel:  "Unknown Nurse #1," "Unknown Nurse #2," "Unknown Medical Provider #1," Capt. Levierge (whose first name is unknown), HCDOC Capt. W. Scurry, Health Services Administrator Denise Hartley, and Superintendent David Dionne.

Hampshire Department of Corrections as a sentenced inmate in January 2018. Defendants have no objection to the motion to quell. See Doc. No. 31. Accordingly, the district judge should grant the motion to quell (Doc. No. 30), and deny as moot the request for a preliminary injunction, set forth in Document No. 8.

## Conclusion

For the foregoing reasons, the district judge should grant the motion to quell (Doc. No. 30), and deny as moot the request for a preliminary injunction set forth in Document No. 8. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen day period may be extended upon motion. Failure to file objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

Andrea K. Johnstone
United States Magistrate Judge

February 15, 2018

cc: Scott Shawn Kosterow, pro se
    John A. Curran, Esq.