UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Scott Shawn Kosterow

    v.

Hillsborough County Department
of Corrections

Case No. 17-cv-00357-JL

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendations of Magistrate Judge Andrea K. Johnstone dated January 5, 2018 and February 15, 2018. Counsel is reminded that the Court's LR 4.3(d)(1) findings on Preliminary Review are not findings that the Complaint sufficiently states claims under Fed R. Civ. P. 12(b), and the court's approval is without prejudice to any such eventual motion thereunder.

So Ordered.

_____
Joseph N. LaPlante
Chief Judge

Date: March 23, 2018

**cc:** Scott Shawn Kosterow, pro se
    John A. Curran, Esq.